UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*Randy Marcello Cook*

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*C. Downs*

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No. 08cv4085
JUDGE SHADUR
MAG. JUDGE MASON
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Randy Marcello Cook

B. List all aliases: Michael C Williams, Leroy Nash, Timothy Dan, Jimmy Dan, Glenn Raymond

C. Prisoner identification number: #N24053

D. Place of present confinement: Pontiac Correctional Center

E. Address: P.O. Box 99 Pontiac Ill 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: C. Downs

Title: Correctional Officer Transportation

Place of Employment: Stateville Correctional Center P.O. Box 112 Joliet Ill 60434

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *Civil Complaint 208-cv-2044*

B. Approximate date of filing lawsuit: *on 3/14/08*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *N/A*

D. List all defendants: *Johnson*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. District Court Urbana ILL 61802*

F. Name of judge to whom case was assigned: *N/A*

G. Basic claim made: *Conspiracy*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Dismissed*

I. Approximate date of disposition: *4/11/08*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 6, 2008 plaintiff was on Transfer Bus C Downs stated don't talk on Bus, plaintiff said he wasn't talking, C. Downs stated get off Bus, plaintiff was lead off Bus, and C Downs took him by cuffs and sprayed mace on plaintiff, plaintiff couldn't see mace was on clothes. C Downs stated Now talk on my Bus again Black man you will follow the rules of the Road, or sue me, plaintiff made it to Lawrenceville and counselor said you smell like mace, He asked Lt. Cox to escort plaintiff to Hospital, Lt. Cox told him counselor, don't get in security business, C Downs was deliberate and indifferent to plaintiff safety when he sprayed plaintiff with mace while cuffed-up

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am suing C. Downs in his individual capacity for hundred thousand dollars, and hundred thousand dollars in punitive damages and what ever this court deems just

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  12  day of  July , 20 08

_Randy marcello cook_
(Signature of plaintiff or plaintiffs)

_Randy M. Cook_
(Print name)

_N24053_
(I.D. Number)

_RR. 2 Box 31  Summer ILL 62466_
(Address)

6

Revised 9/2007

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: April 16, 2008 | Committed Person: (Please Print) Randy M. Cook | ID#: N24053 |
|---|---|---|
| Present Facility: Lawrenceville | Facility where grievance issue occurred: Stateville Correctional Center | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] Other (specify): _____
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disciplinary Report: ___/___/___  Date of Report  _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On April 16, 2008 inmate Cook N24053 was on Transfer Bus. C. Downs stated don't talk on Bus. Cook said He wasn't Talking. C. Downs stated get off Bus. Cook was lead off Bus, And C. Downs took Him by cuffs and sprayed Mace on Cook. Cook couldn't see mace was on clothes. C. Downs stated Now Talk on my Bus again Blackman you will follow the Rules of the Road, or Sue me. Cook made it to Lawrenceville And Counselor observed, Cook eyes being Red and Cook told Him what Happened. And counselor said you smell like mace He asked Lt. Cox to escort Cook to Hospital Lt. Cox told

**Relief Requested:** Officer to take classes on not assaulting inmates with Hand cuffs on and respect

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____  _____  ___/___/___
Committed Person's Signature          ID#                Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL, 62794-9277

Response: _____

_____  _____  ___/___/___
Print Counselor's Name        Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____  ___/___/___
Chief Administrative Officer's Signature   Date

Distribution: Master File; Committed Person        Page 1        DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

Counselor don't get in security business C. Downs was deliberate and indifferent to cook safety when sprayed ~~this~~ cook with mace while cuffed-up. Cook may be retaliated against for filing this issue. This is second grievance I've filed with Springfield, and (two) answer. There office trys to impede on my progress of a lawsuit. But there is (know) issue in institution ruls book on this misconduct.