08cv4085
JUDGE SHADUR
MAG. JUDGE MASON

**UNITED STATES DIS**
**NORTHERN DISTRIC**

# Civil Cover Sheet

**Plaintiff(s):** RANDY MARCELLO COOK

**Defendant(s):** C. DOWNS

**County of Residence:** LIVINGSTON

**County of Residence:**

**Plaintiff's Address:**
Randy Marcello Cook
N-24053
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

FILED
J.N
JUL 18 2008
Jul 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:**

**Jury Demand:** [x] Yes  [ ] No

**Signature:** /s/ Randy C—

**Date:** 7/18/08

Shadur
Mason      02CV2874