# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) Randy M. Cook )
)  08cv4085
v. )  JUDGE SHADUR
)  MAG. JUDGE MASON
Defendant(s) C. Downs )

**FILED JUL 18 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, Randy M. Cook, declare that I am the (check appropriate box): ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check the appropriate box):

   ☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis in this proceeding detailing my financial status.

   ☑ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Randy M. Cook_
Movant's Signature

_R.R. 2 Sumner, ILL 62466_
Street Address

_R.R. 2 Sumner ILL 62466_
City/State/Zip

Date: _July 12, 2008_

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| ☐   If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| ☐   If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| ☐   If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| ☐   If case is still pending, please check box. | |