Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4085 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Randy Marcello Cook vs. C. Downs | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. The Application must be and is denied. (3-1) Accordingly, unless Cook-Nash pays the $350 filing fee on or before August 22, 2008, both the Complaint and this action will be dismissed for nonpayment of that required filing fee.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | S.N. |
|---|---|---|